IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THOMAS E. MINOGUE, | : | |
| CO-TRUSTEE OF THE PHYLLIS | : | |
| ANDREWS FAMILY TRUST, ET AL. | : | |
| | : | |
| v. | : | CIVIL NO. CCB-03-3391 |
| | : | |
| ARTHUR B. MODELL | : | |

...o0o...

### **ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. Modell's motion for summary judgment # 1 (docket entry no. 139) is **GRANTED**;

2. Modell's motion for summary judgment # 2 (docket entry no. 140) is **DENIED**;

3. Modell's motion for summary judgment # 3 (docket entry no. 141) is **GRANTED** in part and **DENIED** in part;

4. judgment is entered in favor of the defendant; and

5. the Clerk shall **CLOSE** this case.


  July 22, 2005                                                    /s/
       Date                                            Catherine C. Blake
                                                       United States District Judge